# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ERINDIRA ESPERANZA
GUZMAN-IBARGUEN, *et. al.*,   )
)   Case No.  2:10-cv-01228-PMP-GWF
)
            Plaintiffs,   )   **ORDER**
)
vs.   )
)
SUNRISE HOSPITAL AND MEDICAL   )
CENTER, *et. al.*,   )
)
            Defendants.   )
_____   )

    **IT IS HEREBY ORDERED** all documents in case no. 2:10-cv-01983-PMP-GWF and case no. 2:10-cv-01228-PMP-GWF shall be filed under base file no. 2:10-cv-1228-PMP-GWF as the actions have been consolidated.  (*See* #27).

    DATED this 14th day of January, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge