KENNETH M. WEBSTER, ESQ.
Nevada Bar No.: 7205
JONQUIL L. URDAZ, ESQ.
Nevada Bar No.: 10783
HALL PRANGLE & SCHOONVELD, LLC
777 N. Rainbow Blvd., Ste. 225
Las Vegas, NV 89107
(702) 889-6400 – Office
(702) 384-6025 – Facsimile
kwebster@hpslaw.com
jurdaz@hpslaw.com
*Attorneys for Defendants*
*Sunrise Hospital, Nancy Beasley,*
*Lauren Hendricks, Tina Hayes,*
*Anthony Kelly, Vicky Strauss,*
*Jeffrey Johnston, Marcelino Tacadena,*
*and Oscar Chavez*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ERINDIRA ESPERANZA GUZMAN-IBARGUEN, individually; ERENDIRA MEJIA-GUZMAN, individually; MARIA FERNANDEZ MEJIA-GUZMAN, Individually, TAMMY HARLESS as Special Administrator for the Estate of OSCAR ANICETO MEJIA-ESTRADA<br><br>Plaintiffs<br><br>vs.<br><br>SUNRISE HOSPITAL AND MEDICAL CENTER, LLC.; OSCAR CHAVES, RN; ERIC S. DENNIS, MD; NANCY BEASLEY, RN; ARLAMAY ROGERS, RN; LAUREN HENDRICKS, RN; MARCELIINO A. TACADENA, RN; TINA HAYES, CNA; NURSE STRAUSS, RN; TIEN CHANG WANG, MD; DR. WADE SEARS; ANTHONY KEILY, JEFFREY JOHNSTON; SOUTHWEST EMERGENCY ASSOICATES, DOES 1-XX AND ROES 1.-X<br><br>Defendants. | CASE NO. 2:10-cv-01983-JCM-PAL<br>CASE NO. 2:10-cv-01228-PMP-PAL<br><br>**CONSOLIDATED CASE NO.**<br>2:10-cv-01228-PMP-PAL<br><br><br><br><br><u>**STIPULATION AND ORDER TO**</u><br><u>**DISMISS WITH PREJUDICE**</u> |

1

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED and agreed by and between Defendants SUNRISE HOSPITAL AND MEDICAL CENTER, LLC.; MARCELIINO A. TACADENA, RN; TINA HAYES, CNA; ANTHONY KEILY, by and through its counsel of record, Jonquil L. Urdaz, Esq. of HALL PRANGLE & SCHOONVELD, Defendants TIEN CHANG WANG, MD and FREMONT EMERGENCY SERVICES, by and through its counsel of record, LeAnn Sanders, Esq. of ALVERSON TAYLOR MORTENSEN & SANDERS, and Plaintiffs ERINDIRA ESPERANZA GUZMAN-IBARGUEN, individually; ERENDIRA MEJIA-GUZMAN, individually; MARIA FERNANDEZ MEJIA-GUZMAN, Individually, TAMMY HARLESS as Special Administrator for the Estate of OSCAR ANICETO MEJIA-ESTRADA, by and through their counsel of record, Thomas Christensen, Esq. of CHRISTENSEN LAW OFFICES LLC that:

1. DEFENDANTS SUNRISE HOSPITAL AND MEDICAL CENTER, LLC.; MARCELIINO A. TACADENA, RN; TINA HAYES, CNA; and ANTHONY KEILY are DISMISSED, WITH PREJUDICE, from the foregoing Case Numbers 2:10-cv-01983 and 2:10-cv-01228, each party to bear their own attorneys' fees and costs.

2. DEFENDANTS TIEN CHANG WANG, MD and FREMONT EMERGENCY SERVICES are DISMISSED, WITH PREJUDICE, from the foregoing Case Numbers 2:10-cv-01983 and 2:10-cv-01228, each party to bear their own attorneys' fees and costs.

. . .

. . .

IT IS SO STIPULATED.

DATED this 17 day of ~~May,~~ July 2012.        DATED this 17 day of ~~May,~~ July 2012.

CHRISTENSEN LAW OFFICES, LLC        HALL PRANGLE & SCHOONVELD, LLC

_/s/ Thomas Bowen, Eq._        _/s/ Kenneth M. Webster_

THOMAS CHRISTENSEN, ESQ.        KENNETH M. WEBSTER, ESQ.
Nevada Bar No. 2326        Nevada Bar No.: 7205
CHRISTENSEN LAW OFFICES, LLC        JONQUIL L. URDAZ, ESQ.
1000 South Valley View Blvd.        Nevada Bar No.: 10783
Las Vegas, NV 89107        777 N. Rainbow Blvd., Ste. 225
*Attorney for Plaintiffs*        Las Vegas, NV 89107
        *Attorneys for Defendants*
        *Sunrise Hospital, Tina Hayes,*
        *Anthony Keily, and Marcelino Tacadena*

DATED this _____ day of May, 2012.

ALVERSON, TAYLOR, MORTENSEN & SANDERS

_____

LEANN SANDERS, ESQ.
Nevada Bar No. 0390
SHIRLEY BLAZICH, ESQ.
Nevada Bar No. 8378
ALVERSON, TAYLOR, MORTENSEN & SANDERS
7401 W. Charleston Blvd.
Las Vegas, NV 89117
*Attorneys for Defendant*
*Wang, MD and Fremont Emergency Services*

. . .

. . .

IT IS SO STIPULATED.

DATED this _____ day of May, 2012.

CHRISTENSEN LAW OFFICES, LLC

THOMAS CHRISTENSEN, ESQ.
Nevada Bar No. 2326
CHRISTENSEN LAW OFFICES, LLC
1000 South Valley View Blvd.
Las Vegas, NV 89107
*Attorney for Plaintiffs*

DATED this _____ day of May, 2012.

HALL PRANGLE & SCHOONVELD, LLC

KENNETH M. WEBSTER, ESQ.
Nevada Bar No.: 7205
JONQUIL L. URDAZ, ESQ.
Nevada Bar No.: 10783
777 N. Rainbow Blvd., Ste. 225
Las Vegas, NV 89107
*Attorneys for Defendants
Sunrise Hospital, Tina Hayes,
Anthony Keily, and Marcelino Tacadena*

DATED this __16__ day of May, 2012.

ALVERSON, TAYLOR, MORTENSEN & SANDERS

/s/ Shirley Blazich

LEANN SANDERS, ESQ.
Nevada Bar No. 0390
SHIRLEY BLAZICH, ESQ.
Nevada Bar No. 8378
ALVERSON, TAYLOR, MORTENSEN & SANDERS
7401 W. Charleston Blvd.
Las Vegas, NV 89117
*Attorneys for Defendant
Tien Chang Wang, MD*

. . .

. . .

## ORDER

Pursuant to the foregoing stipulation of counsel for all parties, good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that DEFENDANTS SUNRISE HOSPITAL AND MEDICAL CENTER, LLC.; MARCELIINO A. TACADENA, RN; TINA HAYES, CNA; and ANTHONY KEILY are DISMISSED, WITH PREJUDICE, from the foregoing Case Numbers 2:10-cv-01983 and 2:10-cv-01228, each party to bear their own attorneys' fees and costs.

IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED that DEFENDANTS TIEN CHANG WANG, MD and FREMONT EMERGENCY SERVICES are DISMISSED, WITH PREJUDICE, from the foregoing Case Numbers 2:10-cv-01983 and 2:10-cv-01228, each party to bear their own attorneys' fees and costs.

DATED this 18th day of July, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

HALL PRANGLE & SCHOONVELD, LLC

_____
KENNETH M. WEBSTER, ESQ.
Nevada Bar No.: 7205
JONQUIL L. URDAZ, ESQ.
Nevada Bar No.: 10783
777 N. Rainbow Blvd., Ste. 225
Las Vegas, NV 89107
*Attorneys for Defendants*
*Sunrise Hospital, Tina Hayes,*
*Anthony Keily, and Marcelino Tacadena*

4820-4346-2671, v. 1

4