**VDSM**
THOMAS CHRISTENSEN, ESQ.
Nevada Bar No. 2326
CHRISTENSEN LAW OFFICES, LLC
1000 S. Valley View Blvd.
Las Vegas, Nevada 89107
(702) 870-1000 Phone
(702) 870-6152 Fax
courtnotices@injuryhelpnow.com
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERENDIRA ESPERANZA GUZMAN-IBARGUEN,individually; ERENDIRA MEJIA-GUZMAN, individually; MARIA FERNANDEZ MEJIA-GUZMAN, individually; TAMMY HARLESS as Special Administrator for the Estate of OSCAR ANICETO MEJIA-ESTRADA<br>Plaintiffs,<br>v.<br><br>SUNRISE HOSPITAL AND MEDICAL CENTER, LLC.; OSCAR CHAVES, RN; NANCY BEASLEY RN; ARLAMAY ROGERS, RN; LAUREN HENDRICKS, RN; MARCELINO A. TACADENA, RN; TINA HAYES, CNA; NURSE STRUASS RN; TIEN CHANG WANG, MD; ANTHONY KEILY; JEFFREY JOHNSTON; SOUTHWEST EMERGENCY ASSOCIATES; FREMONT EMERGENCY DOES I-XX and ROES I-X,<br>Defendants, | Case No. 2:10cv-01228-PMP-PAL |

**<u>VOLUNTARY DISMISSAL OF COMPLAINT</u>**

Plaintiffs, ERENDIRA ESPERANZA GUZMAN-IBARGUEN,individually, ERENDIRA MEJIA-GUZMAN, individually, MARIA FERNANDEZ MEJIA-GUZMAN, individually,



and TAMMY HARLESS as Special Administrator for the Estate of OSCAR ANICETO MEJIA-ESTRADA, through their attorney, THOMAS CHRISTENSEN, ESQ. of CHRISTENSEN LAW OFFICES, LLC, hereby, voluntarily dismisses Defendant, SOUTHWEST EMERGENCY ASSOCIATES, from this matter without prejudice.

DATED THIS 14th day of August, 2012.

CHRISTENSEN LAW OFFICES, LLC

BY: #12585

THOMAS CHRISTENSEN, ESQ.
Nevada Bar No. 2326
1000 S. Valley View Blvd.
Las Vegas, Nevada 89107
Attorney for Plaintiffs

IT IS SO ORDERED.

PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated: August 15, 2012.

