**VDSM**
THOMAS CHRISTENSEN, ESQ.
Nevada Bar No. 2326
CHRISTENSEN LAW OFFICES, LLC
1000 S. Valley View Blvd.
Las Vegas, Nevada 89107
(702) 870-1000 Phone
(702) 870-6152 Fax
courtnotices@injuryhelpnow.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERENDIRA ESPERANZA GUZMAN-IBARGUEN, individually; ERENDIRA MEJIA-GUZMAN, individually; MARIA FERNANDEZ MEJIA-GUZMAN, individually; TAMMY HARLESS as Special Administrator for the Estate of OSCAR ANICETO MEJIA-ESTRADA<br>　　　　Plaintiffs,<br>v.<br><br>SUNRISE HOSPITAL AND MEDICAL CENTER, LLC.; OSCAR CHAVES, RN; NANCY BEASLEY RN; ARLAMAY ROGERS, RN; LAUREN HENDRICKS, RN; MARCELINO A. TACADENA, RN; TINA HAYES, CNA; NURSE STRUASS RN; TIEN CHANG WANG, MD; ANTHONY KEILY; JEFFREY JOHNSTON; SOUTHWEST EMERGENCY ASSOCIATES; FREMONT EMERGENCY DOES I-XX and ROES I-X,<br>　　　　Defendants, | Case No. 2:10cv-01228-PMP-PAL |

**VOLUNTARY DISMISSAL OF COMPLAINT**

Plaintiffs, ERENDIRA ESPERANZA GUZMAN-IBARGUEN, individually, ERENDIRA

MEJIA-GUZMAN, individually, MARIA FERNANDEZ MEJIA-GUZMAN, individually,

1   and TAMMY HARLESS as Special Administrator for the Estate of OSCAR ANICETO
2   MEJIA-ESTRADA, through their attorney, THOMAS CHRISTENSEN, ESQ. of
3   CHRISTENSEN LAW OFFICES, LLC, hereby, voluntarily dismisses Defendant,
4
5   SOUTHWEST EMERGENCY ASSOCIATES, from this matter without prejudice.
6        DATED THIS 14th day of August, 2012.

                                CHRISTENSEN LAW OFFICES, LLC


                                BY: _____ #12585
                                THOMAS CHRISTENSEN, ESQ.
                                Nevada Bar No. 2326
                                1000 S. Valley View Blvd.
                                Las Vegas, Nevada 89107
                                Attorney for Plaintiffs


                                IT IS SO ORDERED.


                                _____
                                PHILIP M. PRO
                                UNITED STATES DISTRICT JUDGE

                                Dated: August 15, 2012.


www.injuryhelpnow.com